COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     Robin Lynn Prince v. The State of Texas

Appellate case number:   01-13-00269-CR

Trial court case number: 1266918

Trial court:             182nd District Court of Harris County

The "Motion to Withdraw" filed by appellant's counsel does not comply with the requirements of Texas Rule of Appellate Procedure 6.5. Accordingly, the Clerk of this Court is directed to STRIKE the motion. We **order** counsel to file a motion to withdraw that complies with Rule 6.5 **no later than 7 days from the date of this order.**

It is so ORDERED.


Judge's signature: /s/ Michael Massengale
                        Acting individually



Date: July 29, 2013